UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN COTTAM,

             Plaintiff,

- against -

GLOBAL EMERGING CAPITAL GROUP, LLC, ALEXANDER KIBRIK, WILLIAM UCHIMOTO, 6D GLOBAL TECHNOLOGIES, INC., 6D ACQUISITIONS, INC., AND TEJUNE KANG,

             Defendants.

---

Case No. 16 Civ. 04584 (RJS)



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/11/16

## NOTICE OF DISMISSAL

Plaintiff John Cottam stipulates, through his undersigned counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this action be and is hereby dismissed without prejudice as to Defendant William Uchimoto.

Dated: New York, New York
       August 11, 2016

**SO ORDERED:**

*[signature]*
U.S.D.J. 8/11/16

Respectfully submitted,

GOTTLIEB & JANEY LLP

By: *[signature]*
    Derrelle M. Janey, Esq.

Trinity Building
111 Broadway, Suite 701
New York, New York 10006
(212) 566-7766 (phone)
(212) 374-1506 (fax)
djaney@gottliebjaney.com

*Attorneys for Plaintiff John Cottam*