UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN COTTAM,

                      Plaintiff,

  v.

GLOBAL EMERGING CAPITAL GROUP, LLC, ALEXANDER KIBRIK, WILLIAM UCHIMOTO, 6D GLOBAL TECHNOLOGIES, INC., 6D ACQUISITIONS, INC., and TEJUNE KANG,

                      Defendants.

Case No. 1:16-cv-04584 (RJS)

**NOTICE OF WITHDRAWAL**

      PLEASE TAKE NOTICE that I, Justin Heinrich, request the withdrawal of my appearance as counsel for Plaintiff John Cottam, and further request removal from the Court's electronic filing notification system for this action. As of January 13, 2017, I will no longer be employed at Gottlieb & Janey LLP. Gottlieb & Janey LLP shall remain counsel of record for the plaintiff in this action.

Dated: New York, New York
       January 11, 2017

                                    Respectfully submitted,

                                    By: /s/ Justin Heinrich
                                          Justin Heinrich

                                   111 Broadway, Suite 701
                                   New York, New York 10006
                                   (212) 566-7766 (phone)
                                   (212) 374-1506 (fax)
                                   jheinrich@gottliebjaney.com