UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/6/17
```

JOHN COTTAM,

                Plaintiff,

-v-

GLOBAL EMERGING CAPITAL GROUP, LLC, *et al.*,

                Defendants.

No. 16-cv-4584 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of pre-motion letters from the parties, dated August 25, 2017 and August 28, 2017, regarding Plaintiff's contemplated motions to dismiss Defendants' counterclaims, for a pre-judgment attachment, and to stay the issuance of summons to Third-Party Counterclaim-Defendants. (Doc. Nos. 69, 70, 73.) IT IS HEREBY ORDERED that Plaintiff is granted leave to file his motion to dismiss the counterclaims. Accordingly, IT IS FURTHER ORDERED that, by September 13, 2017, the parties shall submit a letter to the Court proposing a briefing schedule for Plaintiff's contemplated motion to dismiss Defendants' counterclaims, bearing in mind that the briefing in the pending motion for summary judgment may address many of the issues relevant to Plaintiff's motion to dismiss. IT IS FURTHER ORDERED that Plaintiff is granted leave to file his motion pursuant to Federal Rule of Civil Procedure 64 for a pre-judgment attachment of Defendants' assets: Plaintiff shall file his motion by September 22, 2017; Defendants shall file their response by October 6, 2017. IT IS FURTHER ORDERED that Plaintiff's motion to stay the issuance of third-party summons is DENIED.

SO ORDERED.

Dated:    September 6, 2017
            New York, New York

                                              RICHARD J. SULLIVAN
                                              UNITED STATES DISTRICT JUDGE