UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JOHN COTTAM,

                                **Plaintiff,**                    16-CV-04584 (RJS)(SN)

         -against-                                     **ORDER**

GLOBAL EMERGING CAPITAL GROUP,
LLC, et al.,

                               **Defendants.**
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On May 16, 2018, the Court issued an order scheduling a settlement conference for Thursday, July 26, 2018 and directing the parties to file *ex parte* letters with the Court by July 19, 2018. Third-party defendant Hurst has failed to file a letter or otherwise respond to the Court. He is ORDERED to contact the Court immediately to discuss his attendance at the settlement conference. Any other party may contact the Court if it believes that the settlement conference should not proceed in his absence.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    July 25, 2018
               New York, New York