

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/18/2018

September 1

Lennox International Inc.
2140 Lake Park Boulevard (T-8)
Richardson, Texas 75080

Sarah Netburn , United States Magistrate Judge
c/o Pro Se Intake Unit
United States District Court
Southern District of New York
500 Pearl Street, Room 200
New York, NY 10007

Re:   Cottam v. Global Emerging Capital Group, LLC, et al.; No. 1:16-cv-04584-RJS

Dear Judge Netburn:

I am a third-party *pro se* defendant/counterclaimant in the above-referenced matter which, as the Court knows, is scheduled for a second Settlement Conference on October 9, 2018.  Pursuant to Your Honor's Procedures for Cases Referred for Settlement, I respectfully request I be allowed to attend the second Settlement Conference by teleconference.

I was previously scheduled for minor out-patient surgery on the morning of October 9th for the removal of a skin cancer. Traveling to New York City to attend the second Settlement Conference in person requires missing this appointment as well as two days of work to travel to and from New York. I live in the greater Dallas-Fort Worth area, which is over 1,500 miles from the Southern District of New York, necessitating travel days prior to and after the settlement conference to attend in person.

I respectfully request the Court's permission to attend the October 9, 2018, settlement conference telephonically. In the event that the Court grants this request, I may be reached at (972) 489-1797 for the settlement conference.

Respectfully submitted,

John J. Hurst, *Pro Se*

John.hurst@lennoxintl.com
972-489-1797 (M)

---

Defendant Hurst's motion is GRANTED. The Court will contact him at the beginning of the conference with further instructions on how to proceed.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

September 18, 2018
New York, New York