```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                          :
JOHN COTTAM,                              :
                            Plaintiff,    :    16 Civ. 4584 (LGS)
                                          :
          -against-                       :    ORDER
                                          :
GLOBAL EMERGING CAPITAL GROUP, LLC,       :
et al.,                                   :
                            Defendants.   :
------------------------------------------------------------ X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on March 30, 2020, the Court issued an Opinion and Order denying the parties' cross-motions for summary judgment. It is hereby

**ORDERED** that a telephonic conference will be held on **April 9, 2020, at 10:40 a.m.** The time of the conference is approximate, but the parties shall be ready to proceed by that time. The Court will call the parties once the conference is ready to begin. It is further

**ORDERED** that, by **April 6, 2020,** the parties shall file a joint letter, providing the court with <u>one</u> telephone call-in number for a conference call, and if necessary a passcode. The parties shall ensure they are all dialed into the conference call by the appointed conference time. If the parties are not able to arrange a conference call, they shall contact the Courtroom Deputy, Mr. James Street, at 212-805-4553, as soon as possible and no later than **April 6, 2020, at noon,** to make other arrangements.

Dated: March 31, 2020
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**