UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
JOHN COTTAM,                                               :
                                    Plaintiff,             :          16 Civ. 4584 (LGS)
                                                           :
                     -against-                             :              ORDER
                                                           :
GLOBAL EMERGING CAPITAL GROUP, LLC, :
et al.,                                                    :
                                    Defendants.   :
----------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, on March 31, 2020, the Court issued an Order scheduling a telephonic

conference on **April 9, 2020** (Dkt. No. 283).  It is hereby

        **ORDERED** that Defendants shall serve this order and the orders at Dkt. Nos. 282 and

283 on pro se Plaintiff, and file proof of such service on ECF, by **April 6, 2020**.

        Plaintiff is advised that attorney Sarah A. Adam is listed as Plaintiff's attorney to be

noticed on the record.  The motion for Christopher Warren to withdraw as Plaintiff's attorney

(Dkt. No. 276) represented that Plaintiff intended to proceed pro se.  If Ms. Adams no longer

represents Plaintiff in this matter, Ms. Adams is **ORDERED** to file a motion to withdraw as soon

as possible, and no later than April 10, 2020.

Dated: April 3, 2020
       New York, New York

                                          **LORNA G. SCHOFIELD**
                                          **UNITED STATES DISTRICT JUDGE**