UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

JOHN COTTAM,

                              Plaintiff,                  16 Civ. 4584 (LGS)

               -against-                       ORDER

GLOBAL EMERGING CAPITAL GROUP, LLC, et al.,

                             Defendants.

-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on March 31, 2020, the Court issued an Order scheduling a telephonic conference on **April 9, 2020** (Dkt. No. 283). The Order directed the parties to file a joint letter, by April 6, 2020, providing the court with one telephone call-in number for a conference call, and if necessary a passcode;

WHEREAS, no such letter was filed. It is hereby

**ORDERED** that the parties shall file a joint letter providing the court with one telephone call-in number for a conference call, and if necessary a passcode, as soon as possible and in any event no later than **April 8, 2020**.

Dated: April 7, 2020
        New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**