UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                    :
JOHN COTTAM,                                        :
                              Plaintiff,            :          16 Civ. 4584 (LGS)
                                                    :
               -against-                            :              ORDER
                                                    :
GLOBAL EMERGING CAPITAL GROUP, LLC, :
et al.,                                             :
                              Defendants.   :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, a telephonic conference is scheduled for April 9, 2020**;**

        WHEREAS, on April 7, 2020, by telephone call to Chambers, pro se Plaintiff represented

that he is unable to attend the scheduled conference due to a conflict.  It is hereby

        **ORDERED** that the telephonic conference, scheduled for April 9, 2020, is ADJOURNED

to **April 30, 2020, at 10:40 a.m.**  The time of the conference is approximate, but the parties shall

be ready to proceed by that time.  The Court will call the parties once the conference is ready to

begin.  It is further

        **ORDERED** that, by **April 23, 2020**, the parties shall file a joint letter, providing the court

with <u>one</u> telephone call-in number for a conference call, and if necessary a passcode.  The parties

shall ensure they are all dialed into the conference call by the appointed conference time.  If the

parties are not able to arrange a conference call, they shall contact the Courtroom Deputy, Mr.

James Street, at 212-805-4553, as soon as possible and no later than **April 23, 2020, at noon,** to

make other arrangements.  It is further

        **ORDERED** that Defendants shall communicate with pro se Plaintiff and, by **April 16,**

**2020**, file a letter on ECF stating whether he consents in writing to service via email.  Defendants

shall do the same for other parties that are proceeding pro se and, to the extent possible, state in

the letter whether they consent in writing to service via email as well.  It is further

**ORDERED** that Defendants shall serve this order, and file proof of such service, on pro se Plaintiff and other parties proceeding pro se by **April 9, 2020**. Such service shall be made via email if the parties consent to such service in writing. It is further

**ORDERED** that all parties proceeding pro se are advised of Standing Order 20mc179, attached hereto, pursuant to which the Court will accept electronic filings via email from pro se litigants without electronic filing privileges until further notice. **All parties proceeding pro se are also strongly encouraged to consent to receiving electronic service of case activity through notifications sent by email from the court's Electronic Case Filing (ECF) system by submitting the Consent to Electronic Service form (attached).**

Dated: April 7, 2020
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: CORONAVIRUS/COVID-19 PANDEMIC

M10-468

STANDING ORDER

THIS MATTER RELATES TO:
Temporary Provision for Pro Se Litigants
to File by Email

WHEREAS in response to the coronavirus/COVID-19 pandemic, the President of the United States has declared a national emergency and the Governor of New York has banned mass gatherings and ordered other restrictive measures throughout the state, and in order to protect the health of the public and staff while continuing court operations, it is hereby

ORDERED effective April 2, 2020, and until further order of the Court, the court will accept filings via email from self-represented, or "pro se," litigants without electronic filing privileges. Filings by pro se litigants submitted by email must be sent to Temporary_Pro_Se_Filing@nysd.uscourts.gov, and done in accordance with the procedures found in the April 1, 2020 Addendum to the court's ECF Rules & Instructions (attached).

Pro se parties with an email address are strongly encouraged to consent to receiving electronic service of case activity through notifications sent by email from the court's Electronic Case Filing (ECF) system by submitting the Consent to Electronic Service form (attached).

Pro se parties who do not have electronic filing privileges or who are unable to send documents by email may continue to submit documents by regular mail or through the drop box located in the lobby of the U.S. Courthouse at 500 Pearl Street, New York, NY, or the U.S. Courthouse at 300 Quarropas Street, White Plains, NY.

.

SO ORDERED.

Dated:     April 1, 2020
           New York, NY

_____

COLLEEN McMAHON
Chief United States District Judge



United States District Court
**Southern District of New York**
*Pro Se Office*

# Pro Se (Nonprisoner) Consent & Registration Form to Receive Documents Electronically

Parties who are not represented by an attorney and are not currently incarcerated may choose to receive documents in their cases electronically (by e-mail) instead of by regular mail. Receiving documents by regular mail is still an option, but if you would rather receive them only electronically, you must do the following:

1. Sign up for a PACER login and password by contacting PACER[1] at www.pacer.uscourts.gov or 1-800-676-6856;

2. Complete and sign this form.

If you consent to receive documents electronically, you will receive a Notice of Electronic Filing by e-mail each time a document is filed in your case. After receiving the notice, you are permitted one "free look" at the document by clicking on the hyperlinked document number in the e-mail. Once you click the hyperlink and access the document, you may not be able to access the document for free again. After 15 days, the hyperlink will no longer provide free access. Any time that the hyperlink is accessed after the first "free look" or the 15 days, you will be asked for a PACER login and may be charged to view the document. For this reason, *you should print or save the document during the "free look" to avoid future charges.*

## IMPORTANT NOTICE

Under Rule 5 of the Federal Rules of Civil Procedure, Local Civil Rule 5.2, and the Court's Electronic Case Filing Rules & Instructions, documents may be served by electronic means. If you register for electronic service:

1. You will no longer receive documents in the mail;

2. If you do not view and download your documents during your "free look" and within 15 days of when the court sends the e-mail notice, you will be charged for looking at the documents;

3. This service does *not* allow you to electronically file your documents;

4. It will be your duty to regularly review the docket sheet of the case.[2]

---

[1] Public Access to Court Electronic Records (PACER) (www.pacer.uscourts.gov) is an electronic public access service that allows users to obtain case and docket information from federal appellate, district, and bankruptcy courts, and the PACER Case Locator over the internet.

[2] The docket sheet is the official record of all filings in a case. You can view the docket sheet, including images of electronically filed documents, using PACER or you can use one of the public access computers available in the Clerk's Office at the Court.



**United States District Court**
**Southern District of New York**
*Pro Se Office*

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2. I have established a PACER account;

3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

**Note:** This consent will apply to all cases that you have filed in this court, so please list all of your pending and terminated cases. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

_____

_____

_____

_____
Name (Last, First, MI)

_____
Address          City              State              Zip Code

_____
Telephone Number              E-mail Address

_____
Date              Signature

**Return completed form to:**

Pro Se Office (Room 200)
500 Pearl Street
New York, NY 10007