UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                              :
JOHN COTTAM,                            :
                      Plaintiff,      :      16 Civ. 4584 (LGS)
                                       :
           -against-                :      ORDER
                                       :
GLOBAL EMERGING CAPITAL GROUP, LLC, :
et al.,                                        :
                      Defendants.  :
------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on April 7, 2020, Defendants were directed to shall serve the Order at Dkt. No. 288, and file proof of such service, on pro se Plaintiff and other parties proceeding pro se by **April 9, 2020**. The Order stated that such service shall be made via email if the parties consent to such service in writing;

WHERAS, no proof of service was filed. It is hereby

**ORDERED** that Defendants shall file proof of service as soon as possible and no later than **April 14, 2020**.

Dated: April 10, 2020
       New York, New York

                                            LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE