```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                               :
JOHN COTTAM,                                   :
                              Plaintiff,       :      16 Civ. 4584 (LGS)
                                               :
              -against-                        :      ORDER
                                               :
GLOBAL EMERGING CAPITAL GROUP, LLC,            :
et al.,                                        :
                              Defendants.      :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a conference was held on April 30, 2020.  As discussed at conference, it is hereby

**ORDERED** that a telephonic conference will be held on **July 16, 2020, at 10:40 a.m.** The time of the conference is approximate, but the parties shall ensure they are all dialed into the conference call by the appointed conference time.  It is further

**ORDERED** that, by **July 9, 2020**, the parties shall file a joint status letter (1) apprising the Court of the status of settlement discussions as to the Plaintiff, Defendants and the third-party Defendants; (2) identifying and attaching the stipulation to proceed by bench trial referenced by Defendants' counsel at the conference; (3) raising any other issues to be discussed at the conference; and (4) providing <u>one</u> telephone call-in number for the conference call, and if necessary a passcode.  If the parties are not able to arrange a conference call, they shall contact the Courtroom Deputy, Mr. James Street, at 212-805-4553, as soon as possible and no later than **July 9, 2020, at noon,** to make other arrangements.  It is further

**ORDERED** that Defendants shall serve this Order on the pro se parties via email, and file proof of such service by **May 7, 2020**.

An order of reference to the Magistrate Judge for settlement conference will issue separately.

Dated: April 30, 2020
      New York, New York

                                         **LORNA G. SCHOFIELD**
                                      **UNITED STATES DISTRICT JUDGE**