

The Empire State Building
350 Fifth Avenue, Suite 7710
New York, NY 10118

tel: 212-239-9669   fax: 212-239-9688
www.catafagofini.com

October 22, 2020

**Via ECF**

Hon. Lorna G. Schofield
United States District Court
500 Pearl Street
New York, New York 10007

Re:   *John Cottam v. Global Emerging Capital Group, LLC, et al.,* 1:16-cv-4584-LGS-SN
         Joint Status Letter

Dear Judge Schofield:

     We represent Defendants 6D Acquisitions, Inc. and 6D Global Technologies, Inc. (collectively, "Defendants") in the above-referenced action.  The parties jointly write pursuant to the Court's Order dated October 9, 2020 (Doc. 316), which ordered the parties to file a joint status letter by today, October 22, 2020, before the telephonic conference currently scheduled for October 29, 2020 at 10:40 a.m.

     The Defendants have entered into a settlement with the five Third-Party Defendants who have appeared in this action.  Therefore, the parties who remain in the action and will participate at trial are as follows: Plaintiff John Cottam, Defendant 6D Acquisitions, Inc., and Defendant 6D Global Technologies, Inc.

     We thank the Court for its consideration.

                                                                Respectfully submitted,

                                                               /s/ Tom M. Fini
                                                               Tom M. Fini, Esq.

cc:    all parties (via ECF)