UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :

JOHN COTTAM,                             :

                               Plaintiff,    :          16 Civ. 4584 (LGS)
                                                :

                 -against-              :          <u>ORDER</u>
                                                :

GLOBAL EMERGING CAPITAL GROUP, LLC, :
et al.,                                                :
                               Defendants.  :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, a telephonic status conference is scheduled for October 29, 2020, at 10:40 a.m.; it is hereby

       **ORDERED** that the telephonic status conference is ADJOURNED to **October 29, 2020, at 10:55 a.m.**  The conference will be telephonic and will occur on the following conference line: 888-363-4749, access code: 5583333.  The time of the conference is approximate, but the parties shall be prepared to begin at the scheduled time.

Dated: October 28, 2020
       New York, New York

                                                       LORNA G. SCHOFIELD
                                               UNITED STATES DISTRICT JUDGE