UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
JOHN COTTAM,                                                  :
                                  Plaintiff,                  :   16 Civ. 4584 (LGS)
                                                              :
             -against-                                        :   ORDER
                                                              :
GLOBAL EMERGING CAPITAL GROUP, LLC,                           :
et al.,                                                       :
                                  Defendants.                 :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a telephonic status conference occurred on October 29, 2020, to discuss the format for the trial of the remaining claims. For the reasons stated at the conference, it is hereby

**ORDERED** that, by **November 4, 2020**, the parties shall jointly file a letter proposing dates for the submission of (i) the proposed joint final pretrial order ("JFPO") pursuant to Individual Rule IV.B.2; (iii) the parties' individual proposed findings of fact and conclusions of law; and (iv) witnesses' direct testimony in the form of sworn affidavits. The Court will not accept motions in limine as the trial is a bench trial. Any objections to exhibits or other evidence shall be noted in the JFPO. It is further

**ORDERED** that, by **November 2, 2020**, Defendants shall serve a copy of this Order on pro se Plaintiff.

Dated: October 29, 2020
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**