UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
JOHN COTTAM,

                             Plaintiffs,                      16-cv-4584 (AJN)(SN)

    -against-                                    **STIPULATION OF**
                                                           **DISMISSAL WITH**
6D GLOBAL TECHNOLOGIES, INC., and         **PREJUDICE**
6D ACQUISITIONS, INC.,

                             Defendants.
-----------------------------------------------------------------x

       IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned parties, that:

       1.     Defendants 6D Global Technologies, Inc. and 6D Acquisitions, Inc., and Third-Party Defendants John Hurst, Daniel Larson, Roger Klein, Global Investment Alliance, Inc. and Early Bird Tech Limited, have settled all the claims and counterclaims against each other in this case.

       2.     Therefore, pursuant to Federal Rules of Civil Procedure 21 and 41, the undersigned settling parties (the "Settling Parties") hereby stipulate that: (a) the Third Party Complaint at Doc. 68 is dismissed with prejudice with respect to Third-Party Defendants John Hurst, Daniel Larson, Roger Klein, Global Investment Alliance, Inc. and Early Bird Tech Limited; (b) the Counterclaims of John Hurst (Doc. 147), Daniel Larson (Doc. 145), Roger Klein (Doc. 166), Global Investment Alliance, Inc. (Doc. 162) and Early Bird Tech Limited (Doc. 162) are all dismissed with prejudice; and (c) Third Party Defendants John Hurst, Daniel Larson, Roger Klein, Global Investment Alliance, Inc. and Early Bird Tech Limited shall be terminated from this action.

3. This stipulation may be executed in counterparts and that electronic signatures may be accepted as originals for all purposes.

4. This Stipulation is So Ordered, and the Clerk of the Court is hereby directed to terminate Third Party Defendants John Hurst, Daniel Larson, Roger Klein, Global Investment Alliance, Inc. and Early Bird Tech Limited from this Action.

Dated: October 29, 2020
New York, New York

**CATAFAGO FINI LLP**

By: /s/ Tom M. Fini
Tom M. Fini, Esq.
The Empire State Building
350 Fifth Avenue, Suite 7710
New York, New York 10118
Tel: (212) 239-9669
tom@catafagofini.com
*Attorneys for Defendants
6D Global Technologies, Inc. and
6D Acquisitions, Inc.*

By: [signature]
John J. Hurst
1840 Trinidad Lane
Allen, Texas 75013
Tel: (972) 489-1797
*Third-Party Defendant Pro Se*

By: _____
Roger H. Klein
W23802 Amer. Heights Lane
Arcadia, Wisconsin 54612
Tel: (608) 553-3591
*Third-Party Defendant Pro Se*

By: /s/ Daniel Larson
Daniel Larson
2011 W. Cleveland Street
Tampa, Florida 33606
Tel: (813) 228-6688
*Third-Party Defendant Pro Se*

By: /s/ Warren Raiti, Esq.
Warren Raiti, Esq.
80 Broad Street, Suite 2502
New York, New York 10004
Tel: (646) 916-1404
*Attorneys for Third-Party Defendants
Global Investment Alliance, Inc. and
Early Bird Tech Limited*

3. This stipulation may be executed in counterparts and that electronic signatures may be accepted as originals for all purposes.

4. This Stipulation is So Ordered, and the Clerk of the Court is hereby directed to terminate Third Party Defendants John Hurst, Daniel Larson, Roger Klein, Global Investment Alliance, Inc. and Early Bird Tech Limited from this Action.

Dated: October 29, 2020
New York, New York

**CATAFAGO FINI LLP**

By: /s/ Tom M.Fini
Tom M. Fini, Esq.
The Empire State Building
350 Fifth Avenue, Suite 7710
New York, New York 10118
Tel: (212) 239-9669
tom@catafagofini.com
*Attorneys for Defendants*
*6D Global Technologies, Inc. and*
*6D Acquisitions, Inc.*

By: 
John J. Hurst
1840 Trinidad Lane
Allen, Texas 75013
Tel: (972) 489-1797
*Third-Party Defendant Pro Se*

By: Roger H. Klein
W23802 Amer. Heights Lane
Arcadia, Wisconsin 54612
Tel: (608) 553-3591
*Third-Party Defendant Pro Se*

By: /s/ Daniel Larson
Daniel Larson
2011 W. Cleveland Street
Tampa, Florida 33606
Tel: (813) 228-6688
*Third-Party Defendant Pro Se*

By: /s/ Warren Raiti, Esq.
Warren Raiti, Esq.
80 Broad Street, Suite 2502
New York, New York 10004
Tel: (646) 916-1404
*Attorneys for Third-Party Defendants*
*Global Investment Alliance, Inc. and*
*Early Bird Tech Limited*

So Ordered.

Dated: November 2, 2020
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

2