UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOHN COTTAM,
                           Plaintiff,

                           16 Civ. 4584 (LGS)
           -against-

                           **ORDER**

GLOBAL EMERGING CAPITAL GROUP,
LLC, et al.,
                       Defendants.
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on January 26, 2021, the Court issued an Order directing Plaintiff to file any sworn witness statements by February 15, 2021, and directing the Clerk of Court to serve the Order on pro se Plaintiff. Dkt. No. 331.

       WHEREAS, the Court does not have Plaintiff's current contact information. It is hereby

       **ORDERED** that, by **February 2, 2021**, Defendant shall serve a copy of this Order and the January 26, 2021, Order at Docket No. 331 on Plaintiff. It is further

       **ORDERED** that, by **February 5, 2021**, Plaintiff shall file a letter providing a current physical address, e-mail address and phone number.

Dated: January 29, 2021
       New York, New York

                                          LORNA G. SCHOFIELD
                                      UNITED STATES DISTRICT JUDGE