UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:
JOHN COTTAM,                                                  :
                    Plaintiff,                                  :
:  16 Civ. 4584 (LGS)
         -against-                                           :
:  **ORDER**
GLOBAL EMERGING CAPITAL GROUP, LLC, et :
al.,                                                          :
                    Defendants.                                 :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on January 29, 2021, the Court issued an Order directing Plaintiff to file a letter providing a current physical address, e-mail address and phone number.

WHEREAS, no such letter was filed. It is hereby

**ORDERED** that, by **February 12, 2021**, Plaintiff shall file a letter providing his current contact information. Failure to do so may result in dismissal of Plaintiff's damages claims. In light of the current global health crisis, parties proceeding *pro se* are encouraged to submit all filings by e-mail to Temporary_Pro_Se_Filing@nysd.uscourts.gov. *Pro se* parties also are encouraged to consent to receive all court documents electronically. A consent to electronic service form is available on the Court's website. *Pro se* parties who are unable to use e-mail may submit documents by regular mail or in person at the drop box located at the U.S. Courthouses in Manhattan (500 Pearl Street) and White Plains (300 Quarropas Street). For more information, including instructions on this new e-mail service for *pro se* parties, please visit the Court's website at nysd.uscourts.gov. It is further

**ORDERED** that, by **February 11, 2021**, Defendant shall serve by e-mail, a copy of this Order on Plaintiff.

Dated: January 29, 2021
      New York, New York

                                                        LORNA G. SCHOFIELD
                                                      **UNITED STATES DISTRICT JUDGE**