```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
JOHN COTTAM,                                                  :
                                        Plaintiff,            :
                                                              :    16 Civ. 4584 (LGS)
                  -against-                                   :
                                                              :            ORDER
GLOBAL EMERGING CAPITAL GROUP, LLC,                           :
  et al.,                                                     :
                                        Defendants.           :
------------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on November 11, 2020, the Court issued an Order directing the parties to file, by January 22, 2021, any direct testimony in the form of sworn affidavits, (Dkt. No. 328), and Plaintiff made no such filing.

WHEREAS, on January 26, 2021, the Court issued an Order directing Plaintiff to file, by February 15, 2021, a sworn written statement for each witness he intends to use to prove damages and/or to dispute the defense of waiver, and on February 9, 2021, Plaintiff filed the Affidavit and Declaration of John Cottam (Dkt. Nos. 336 and 338).

WHEREAS, on February 16, 2021, Plaintiff informed the Court he intends to rely on a second witness, Steros Christoferos.  Dk. No. 339.

WHEREAS, on February 17, 2021, the Court issued an Order directing Plaintiff to e-mail to Chambers (Schofiled_NYSDChambers@nysd.uscourts.gov) the Affidavit of Steros Christoferos, and Plaintiff failed to send any such e-mail.  It is hereby

**ORDERED** that by **February 22, 2021**, at noon Plaintiff shall e-mail the Affidavit of Steros Christoferos to Chambers.  **Failure to do so will result in the preclusion of Mr. Christoferos's testimony**.

Dated: February 19, 2021
       New York, New York

_____
LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**