UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
 :
JOHN COTTAM, :
 :
                            Plaintiff, :        16 Civ. 4584 (LGS)
 :
        -against- :        <u>ORDER</u>
 :
GLOBAL EMERGING CAPITAL GROUP, LLC :
et al., :
                          Defendants. :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, a bench trial will be conducted on Monday, March 8, 2021, beginning at 10:30 a.m.

    Members of the press and public may dial into this hearing using conference call number (888) 363-4749, and access code 558-3333.

Dated:  March 5, 2021
           New York, New York

                                                  **LORNA G. SCHOFIELD**
                                        **UNITED STATES DISTRICT JUDGE**