**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JOHN COTTAM,

                Plaintiff,                16 **CIVIL** 4584 (LGS)

    -against-                        **JUDGMENT**

GLOBAL EMERGING CAPITAL GROUP, LLC,
et al.,
                Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion and Order dated March 31, 2021, Plaintiff's request for $19,621,000 in damages is denied. Judgment is entered for Plaintiff in the amount of $1 in nominal damages; accordingly, this case is closed.

**Dated:**  New York, New York
          March 31, 2021

                                            **RUBY J. KRAJICK**

                                            **Clerk of Court**
                **BY:**
                                            *K. Mango*

                                            **Deputy Clerk**